# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| JEROME MCINTYRE, JR., DOC: KN-#8184, | : No. 107 EM 2014 |
| Petitioner | : |
| v. | : |
| COURT OF COMMON PLEAS, PHILADELPHIA COUNTY, | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

AND NOW, this 19th day of September, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.